**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gabriel AGUILAR–ALFARO,**
**Defendant–Appellant.**

**No. 06–10063.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

Timothy S. Vasquez, Esq., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Todd Leventhal, Esq., Las Vegas, NV, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

## MEMORANDUM **

Gabriel Aguilar–Alfaro appeals from his guilty-plea conviction and 36–month sentence for transporting illegal aliens and aggravated identity theft, all in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), and 18 U.S.C. § 1028A(a)(1).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Aguilar–Alfaro has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal. Because Aguilar–Alfaro waived his right to appeal the conviction and the sentence imposed, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED**. The appeal is **DISMISSED**.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal. Because Miramontes–Garcia waived his right to appeal the conviction and the sentence imposed, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED**. The appeal is **DISMISSED**.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.